Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Telephone: (323) 306-4234
Facsimile: (866) 633-0228

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NIEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARS, INCORPORATED d/b/a M&M'S, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No.<br><br>2:21-cv-00044-MWF-JPR<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable because this action has not been certified as a class, and a class is not proposed to be certified for purposes of this dismissal.  A proposed order has been concurrently submitted to this Court via email.

Stipulation to Dismiss- 1

Respectfully submitted this 26th Day of July, 2021,

            **LAW OFFICES OF TODD M. FRIEDMAN P.C**
                      **By: s/Adrian R. Bacon**
                      **ADRIAN R. BACON Esq.**
                      Attorney for Plaintiff

        **By:**    **/s/ Alex L. Linhardt**
                **Alex L. Linhardt**
              Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: July 26, 2021    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

            By:  _s/ Adrian R. Bacon
                  Adrian R. Bacon ESQ.
                  Attorney for Plaintiff

1  Filed electronically on this 26th Day of July, 2021, with:

2  Notification sent electronically via the Court's ECF system to:

3

4  Honorable Judge of the Court
   United States District Court
5

6  All Counsel of Record as Recorded On The Electronic Service List.

7

8  This 26th Day of July, 2021.
   s/Adrian R. Bacon
9  ADRIAN R. BACON